UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/16/21
```

      -against-

EQUAN LATHAM,

                      Defendant.
-------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on June 22, 2021, at 10:00 a.m. Members of the press and public who wish to join the proceeding should dial 917-933-2166 and enter Conference ID 344895972. All members of the press and public who wish to join the proceeding must do so with their telephones on mute.

SO ORDERED.

Dated: New York, New York
       June 16, 2021

_Kimba M. Wood_
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE