USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/22/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

UNITED STATES OF AMERICA

-against-

EQUAN LATHAM,

                           Defendant.
-------------------------------------------------------------------x

**ORDER**
12 CR 442 (KMW)

KIMBA M. WOOD, District Judge:

At the consent of the parties, and to allow for the resolution of the defendant's state case, the conference on the violation of supervised release currently scheduled for June 22, 2021, is adjourned to July 15, 2021, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
June 22, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE