UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/21

-against-

**ORDER**

12 CR 442 (KMW)

EQUAN LATHAM,

Defendant.
-------------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference on Thursday, July 15, 2021, at 11:00 a.m.. Members of the press and public who wish to hear the proceeding shall dial 917-933-2166 and enter Conference ID 140376585. All members of the press and public must have their telephones on mute.

SO ORDERED.

Dated: New York, New York
July 13, 2021

_____
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE